### Constantina RAMIREZ MOTA, Petitioner,

v.

### Michael B. MUKASEY, Attorney General of the United States, Respondent.

### No. 07–71880.

United States Court of Appeals, Ninth Circuit.

Dec. 8, 2008.

Evangeline G. Abriel, Legal Analysis, Research, and Writing, Eugenio Ramos, Director, Santa Clara University School of Law, Santa Clara, CA, for Petitioner.

Constantina Ramirez Mota, pro se.

CAC–District Counsel, Esquire, Office of The District Counsel Department of Homeland Security, Los Angeles, CA, Paul Fiorino, Esquire, Ari Nazarov, Esquire, Ann Carroll Varnon, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Office of The District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: DAVID R. THOMPSON and KIM McLANE WARDLAW, Circuit Judges, and BARRY T. MOSKOWITZ, District Judge.*

### ORDER

The parties having advised this court that they have exhausted attempts to settle this case, and the court's Circuit Mediator having advised the court that mediation proceedings have terminated, and the parties having requested that the mandate now issue,

IT IS HEREBY ORDERED that the mandate in this case shall issue forthwith.